### 13373.   CASON *v.* THE STATE.

BLOODWORTH, J. 1. Under all the facts shown on the motion to continue this case, this court cannot say, as a matter of law, that the trial judge abused his discretion in refusing to continue the case.

2. "'It is not a matter of right for the accused to make a second statement to the court and jury because the State has introduced additional evidence which strengthens the case against him.' *Boston* v. *State*, 94 *Ga*. 590 (21 S. E. 603); *Knox* v. *State*, 112 *Ga*. 373 (37 S. E. 416). Whether he should be allowed to supplement his first statement with another is discretionary with the trial court. *Dixon* v. *State*, 116 *Ga*. 186 (42 S. E. 357)." *Williams* v. *State*, 138 *Ga*. 825 (76 S. E. 347). In this case the judge did not abuse his discretion in refusing to allow the defendant to make a second statement.

3. There is no merit in that ground of the motion for a new trial which alleges that the court erred in refusing to declare a mistrial.

4. There being some evidence to support the verdict, and the verdict having been approved by the trial judge, this court is powerless to interfere with it.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 9, 1922.

Accusation of sale of liquor; from city court of Blackshear — Judge Mitchell. January 19, 1922.

*H. L. Causey,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.